# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Wai Chiu Mah,

          Petitioner,

v.

Pamela Bondi, et al.,

          Respondents.

No. CV-26-02104-PHX-SHD (ASB)

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) challenging his immigration detention.  (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted.  (Doc. 5.)  Respondents' response states "Respondents do not oppose Petitioner's request for release at this time."  (Doc. 7.) The Court will grant the Petition to the extent the Court will grant Petitioner's claim under *Zadvydas v. Davis*, 533 U.S. 678 (2001) and will deny the remaining claims as moot.

**IT IS THEREFORE ORDERED:**

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his *Zadvydas v. Davis* claim and is otherwise denied as moot.

2. Respondents must immediately release Petitioner from custody under the same conditions that existed before Petitioner's detention.

3. Respondents must provide a notice of compliance within three days of releasing Petitioner.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 9th day of April, 2026.

Honorable Sharad H. Desai
United States District Judge